No. 95–8332. MILLER v. AMSOUTH BANCORPORATION, N. A. C. A. 11th Cir. Certiorari denied.

No. 95–8334. SHABAZZ v. PARSONS ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–8336. VRBA v. MILTON S. KATZ & ASSOCIATES ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 95–8337. MADDEN v. SAVAGE ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–8338. BRUELLISAUER v. COLORADO. Ct. App. Colo. Certiorari denied.

No. 95–8340. MILLER v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 95–8342. PHILLIPS v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 95–8344. BRITT v. WELLS ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 95–8349. SMITH v. PITTSBURGH POLICE DEPARTMENT ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–8351. THORNBRUGH v. BRETT, JUDGE, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA, ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–8354. CROOMS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 95–8356. GOLD v. MORRISON-KNUDSEN CO. ET AL. C. A. 2d Cir. Certiorari denied.

No. 95–8358. DEPPERMAN v. LOCAL 1199, DRUG, HOSPITAL AND HEALTH CARE EMPLOYEES UNION, ET AL. C. A. 2d Cir. Certiorari denied.

No. 95–8362. HERNANDEZ v. VAN OSS, JUDGE, SUPERIOR COURT OF CALIFORNIA, SAN JOAQUIN COUNTY, ET AL. C. A. 9th Cir. Certiorari denied.